IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT L. HAYES**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:18cv291 |
| | )  **Electronic Filing** |
| **AAA EAST CENTRAL**, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 12th day of June, 2018, upon consideration of the Motion to Dismiss Complaint Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6) (**Document No. 5**) filed on behalf of Defendant, the Plaintiff having no opposition,

IT IS HEREBY ORDERED that the Motion to Dismiss is **GRANTED**. The Complaint is dismissed without prejudice. The claims set forth in the Complaint shall be adjudicated pursuant to the terms and provisions of the Mutual and Binding Arbitration Agreement entered into by the parties. The Clerk shall mark this case closed.

    s/ DAVID STEWART CERCONE
    David Stewart Cercone
    Senior United States District Judge

cc:    Sean L. Ruppert, Esquire
        Frederick J. Wolfe, Esquire

        (*Via CM/ECF Electronic Mail*)